**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Neftali CARAPIA–HERNANDEZ,**
**Defendant–Appellant.**

No. 03–40051.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Southern District of Texas, Houston, TX, Tony Ray Roberts, McAllen, TX, for Plaintiff–Appellee.

Roland E Dahlin, II, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Aurora Ruth Bearse, Federal Public Defender's Office, Southern District of Texas, Houston, TX, Marissa Perez–Garcia, Federal Public Defender's Office, Laredo, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before SMITH, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM.*

Neftali Carapia–Hernandez claims his prior uncounseled misdemeanor conviction of illegal entry cannot be used to enhance his current illegal entry conviction from a misdemeanor to a felony. We have reviewed the briefs, pertinent portions of the record, and the applicable authorities and have heard the arguments of counsel. Carapia–Hernandez's waiver of counsel was knowing and voluntary.

Accordingly, we have no need to address the other issues presented on appeal. The judgment of conviction and sentence is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.